THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0113-JCC |
| Plaintiff, | ORDER |
| v. | |
| LESLIE WALLACE SWIFT IV, | |
| Defendant. | |

This matter comes before the Court on the Government's unopposed motion for a protective order (Dkt. No. 10). Having thoroughly considered the motion and the relevant record, the Court, finding good cause, hereby GRANTS the motion and ENTERS the following protective order:

1. This protective order governs all discovery material in any format (written or electronic) produced by the Government in the above-captioned case that pertains to K.A.'s arrest on December 16, 2018 and/or his subsequent prosecution (the "Protected Material").
2. The Government will make copies of the Protected Material available to defense counsel. Possession of copies of the Protected Material is limited to the attorneys of record, investigators, paralegals, law clerks, experts and assistants for the attorneys of record (hereinafter collectively referred to as "members of the defense team").
3. The members of the defense team may display and review the Protected Material with

1. Defendant, but may not leave any Protected Material with him.
4. Defendant and members of the defense team acknowledge that providing copies of the Protected Material to persons outside of the defense team is prohibited, and agree not to provide copies of the Protected Material to persons outside of the defense team.
5. The defense may petition the Court to request modification or termination of this protective order upon further review of the Protected Material.
6. Nothing in this protective order should be construed as imposing any discovery obligations on the Government or Defendant that are different from those imposed by case law, Federal Rule of Criminal Procedure 16, and the Local Criminal Rules.
7. Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant Local and Federal Rules of Criminal Procedure pertaining to the sealing of court documents.
8. The provisions of this protective order shall not terminate at the conclusion of this prosecution.
9. Any violation of any term or condition of this protective order by Defendant or any member of the defense team, or any attorney for the United States Attorney's Office for the Western District of Washington, may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.
10. If Defendant violates any term or condition of this protective order, the Government reserves its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to Defendant's violation.

//

//

1    DATED this 25th day of June 2019.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE